**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF REINSTATEMENT

Appellate case name:        Lenin Saldado Lopez v. The State of Texas

Appellate case number:     01-13-01079-CR

Trial court case number:    1403196

Trial court:                       228th District Court of Harris County

      Appellant, Lenin Saldado Lopez, filed his brief on July 14, 2014. Pursuant to our order of June 17, 2014, this appeal is reinstated and placed on our active docket. Appellee's brief is due August 13, 2014.

      It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    X  Acting individually     ☐  Acting for the Court

Date:  July 15, 2014